IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| CAMERON BROCKINGTON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| RANDY RIGDON, in his Individual Capacity as Sheriff of the Wheeler County Sheriff's Office; JEFFREY DEAL, in his Individual Capacity as an Officer with the Oconee Drug Task Force; JORDAN PEAVY, in his Individual Capacity as an Officer with the Oconee Drug Task Force; MURRAY WILLIAMS, in his Individual Capacity as an Officer with the Oconee Drug Task Force; and CURTIS HAY, in his Individual Capacity as a Deputy with the Wheeler County Sheriff's Office, | * | CV 322-014 |
| | * | |
| Defendants. | * | |

O R D E R

The Court having been advised that mediation was unsuccessful, the **STAY** of the case is hereby **LIFTED**. The pending motions for summary judgment have been fully briefed and will be resolved in due course.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE