IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
CAMERON BROCKINGTON,              *
                                  *
     Plaintiff,                   *
                                  *
v.                                *
                                  *
RANDY RIGDON, in his Individual   *
Capacity as Sheriff of the        *
Wheeler County Sheriff's Office;  *
JEFFREY DEAL, in his Individual   *
Capacity as an Officer with the   *    CV 322-014
Oconee Drug Task Force; JORDAN    *
PEAVY, in his Individual          *
Capacity as an Officer with the   *
Oconee Drug Task Force; MURRAY    *
WILLIAMS, in his Individual       *
Capacity as an Officer with the   *
Oconee Drug Task Force; and       *
CURTIS HAY, in his Individual     *
Capacity as a Deputy with the     *
Wheeler County Sheriff's Office,  *
                                  *
     Defendants.                  *
```

O R D E R

Having earlier indicated that the remaining parties have reached a settlement, Plaintiff and Defendants have now filed a "Stipulation of Dismissal with Prejudice." In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED** that Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case and

**TERMINATE** all motions and deadlines.  Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE